JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TERESA DEL CARMEN GARCIA, | Case No. 2:20-cv-08659-MWF-AS |
| Plaintiff, | Hon. Michael W. Fitzgerald |
| v. | **ORDER OF DISMISSAL** |
| TARGET CORPORATION, and DOES 1 through 25, Inclusive, | |
| Defendants. | |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: August 23, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

1
**ORDER OF DISMISSAL**